**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gonzalo Patino aka First Last　　　　　　　CHAPTER 13
　　　　Ivonne Patino dba Mini Mart
　　　　　　　　Debtor(s)　　　　　　　　　　　　BKY. NO. 16-16262 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM6 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
11 Dec 2020, 16:14:43, EST

　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　(215) 627-1322

Document ID: cd1b78a84124dd8aad192cb4a34029dad6b27f6c95920db96d010ce76d1dc915