Certificate Number: 02921-PAE-DE-036192910

Bankruptcy Case Number: 16-16262



02921-PAE-DE-036192910

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 8, 2021</u>, at <u>9:32</u> o'clock <u>PM EST</u>, <u>Gonzalo Patino</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 9, 2021</u>          By:     <u>/s/Bill Meckel</u>

                                          Name:  <u>Bill Meckel</u>

                                          Title:   <u>Credit Counselor</u>