Certificate Number: 02921-PAE-DE-036192911

Bankruptcy Case Number: 16-16262



02921-PAE-DE-036192911

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 8, 2021, at 9:32 o'clock PM EST, Ivonne Patino completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 9, 2021                By:   /s/Bill Meckel

                                        Name:  Bill Meckel

                                        Title: Credit Counselor