## Domestic Support Obligation

This is to certify that I, Gonzalo Patino have no outstanding Domestic Support obligations.

_____
Gonzalo Patino/Debtor