United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16262-elf |
| Gonzalo Patino | Chapter 13 |
| Ivonne Patino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 06, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gonzalo Patino, Ivonne Patino, 26 Myrtle Lane, Levittown, PA 19054-2030 |
| 13787505 | | American Express, P O Box 1270, Newark, NJ 07101-1270 |
| 13820431 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13787506 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P O Box 15019, Wilmington, DE 19886-5019 |
| 13852482 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13787511 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P O Box 182676, Columbus, OH 43218-2678 |
| 13797772 | + | CitiMortgage Inc., c/o Jeremy J. Kobeski Esquire, 1617 JFK Blvd ste 1400, One Penn Center, Philadelphia Pa 19103-1823 |
| 13836535 | + | CitiMortgage, Inc, C/O CENLAR FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 13800844 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13787515 | + | Planet Fitness, 1405 East Lincoln Highway, Levittown, PA 19056-1137 |
| 14563447 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14568965 | + | U.S. Bank Trust National Association, as Trustee f, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13805342 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13787520 | | Wells Fargo Financial National Bank, P O Box 660431 Raymour & Flannigan, Dallas, TX 75266-0431 |
| 13787521 | | Wells Fargo Merchant Services, 14141 SW Freeway Mina Mart, Norristown, PA 19401-5019 |
| 14072543 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 07 2022 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13820431 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 00:12:39 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13787507 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 07 2022 00:12:31 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 13791201 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2022 00:12:39 | Capital One Auto Finance, a division of Capital On, P.O. Box 201347, Arlington, TX 76006-1347 |

Case 16-16262-elf Doc 78 Filed 01/08/22 Entered 01/09/22 00:27:50 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13800069 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2022 00:12:39 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13787509 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 00:12:40 | Citi Mortgage, P O Box 6243, Sioux Falls, SD 57117-6243 |
| 13787513 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 00:12:37 | Macy's, P O Box 183083, Columbus, OH 43218 |
| 13983115 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2022 00:00:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13787508 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2022 00:12:39 | Chase Mortgage, P O Box 78420, Phoenix, AZ 85062 |
| 13841487 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2022 00:12:31 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13787512 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:35 | Lowes/GECRB, P O Box 530914, Atlanta, GA 30353-0914 |
| 13839683 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 00:00:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13787514 | | Email/Text: cd@musicarts.com | Jan 07 2022 00:00:00 | Music And Arts, 4626 Wedgewood Blvd, FredericK, MD 21703-7159 |
| 13831380 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2022 00:12:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13852144 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2022 00:12:32 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13800533 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2022 00:00:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13787516 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:31 | R Us Credit Card/SYNCB, P O Box 530938, Atlanta, GA 30353-0938 |
| 13787782 | | Email/PDF: rmscedi@recoverycorp.com | Jan 07 2022 00:12:36 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13787517 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:35 | Sams Club/Synchrony Bank, P O Box 530942, Atlanta, GA 30353-0942 |
| 13854738 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13787518 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:31 | Synchrony Bank/JCP, P O Box 960090, Orlando, FL 32896-0090 |
| 13787519 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 00:12:40 | Walmart Mastercard/Syncb, P O Box 960024, Orlando, FL 32896-0024 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13787510 | ##+ | Global Credit Collection Corp, P O Box 2127, Schiller Parl, IL 60176-0127 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2022                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID R. FINE | on behalf of Creditor CitiMortgage Inc. david.fine@klgates.com |
| HARVEY ISEMAN | on behalf of Joint Debtor Ivonne Patino hiseman@comcast.net hiseman@msn.com |
| HARVEY ISEMAN | on behalf of Debtor Gonzalo Patino hiseman@comcast.net hiseman@msn.com |
| JEREMY J. KOBESKI | on behalf of Creditor CitiMortgage Inc. jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor CitiMortgage Inc. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM6 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gonzalo Patino and Ivonne Patino
        Debtor(s)

Case No: 16−16262−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/6/22

77 − 70
Form 138OBJ