United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 16-16262-elf

Gonzalo Patino — Chapter 13

Ivonne Patino

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Feb 22, 2022      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gonzalo Patino, Ivonne Patino, 26 Myrtle Lane, Levittown, PA 19054-2030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID R. FINE | on behalf of Creditor CitiMortgage Inc. david.fine@klgates.com |
| HARVEY ISEMAN | on behalf of Debtor Gonzalo Patino hiseman@comcast.net hiseman@msn.com |
| HARVEY ISEMAN | on behalf of Joint Debtor Ivonne Patino hiseman@comcast.net hiseman@msn.com |
| JEREMY J. KOBESKI | on behalf of Creditor CitiMortgage Inc. jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor CitiMortgage Inc. paeb@fedphe.com |
| KENNETH E. WEST | |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Feb 22, 2022                              Form ID: 195                              Total Noticed: 1

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

LILY CHRISTINA CALKINS

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com,
cistewart@logs.com;lcalkins@logs.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM6
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re:                                   : Chapter 13

Gonzalo Patino and Ivonne Patino        : Case No. 16−16262−elf
            Debtor(s)

## ***ORDER***

_____

     AND NOW, this day , February 22, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                     By The Court

                                       Eric L. Frank
                                       Judge , United States Bankruptcy Court